# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VIP TRUCK CENTER, LLC,

      Plaintiff,

v.

VOLVO TRUCKS NORTH AMERICA, a/k/a VOLVO GROUP NORTH AMERICA,

      Defendant.

Case No. 15-cv-12381
Hon. Matthew F. Leitman

## ORDER TO HOLD CASE IN ABEYANCE
## AND SETTING TELEPHONIC STATUS CONFERENCE

The Court, having reviewed the parties' *Joint Motion to Hold Case in Abeyance* (the "Joint Motion") and being fully advised of the premises and reasons therefor, **HEREBY FINDS:**

that the parties have shown good cause for the relief requested in the Joint Motion;

that the relief requested in the Joint Motion will save valuable resources of the Court and of the parties, help preserve the business reputations and goodwill of both parties during this contested, public proceeding, and enhance the likelihood of settlement through direct negotiations;

that the requested abeyance will further the interests of judicial economy and will allow the parties to focus their efforts on settlement rather than on discovery

and trial preparation; and

**THEREFORE**, the Court **GRANTS** the Joint Motion; and

**HEREBY ORDERS** that the above-captioned matter shall be held in abeyance and all case deadlines, including those established by the *Case Management Requirements and Scheduling Order* [Doc. #13] and any amendments thereto, shall be stayed from the date of this Order up to and including September 30, 2016.

**IT IS FURTHER ORDERED** that the parties shall appear for a telephonic status conference with the Court on **Monday, October 3, 2016, at 2:00 p.m.** The parties shall join the conference call by using the following call-in information:

Call-In #: 215.446.3649
Access Code: 8390969

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2016